B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF PA

In Re:  
BARBARA J PARKER

Case No. 2213138

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

Consumer Portfolio Services, Inc.  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 2  
Amount of Claim: $16,362.16  
Date Claim Filed: 12/22/2022

Phone: (877)829-8298  
Last Four Digits of Acct #: 0735

Phone:  
Last Four Digits of Acct #: 0735

Name and Address where transferee payments should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
CONSUMER PORTFOLIO SERVICES, INC.  
19500 JAMBOREE ROAD  
IRVINE CA 92612

Phone: (877)829-8298  
Last Four Digits of Acct #: 0735

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ MaKayla Reaves  
-------------------------------------------  
Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

Date: 7/27/2023

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT B

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## and Waiver of Notice under FRBP 3001 (e) (2)

Consumer Portfolio Services, Inc., a California corporation (the "Seller"), with offices at 19500 Jamboree Rd., Irvine, CA 92612, for value received, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Portfolio Recovery Associates, LLC, a Limited Liability Company organized under the laws of the sate of Delaware (the "Buyer"), all right, title and interest in and to (i) the Accounts as defined in the Agreement; and (ii) all proceeds of such Accounts arising after the close of business on July 14, 2023

Pursuant to the foregoing assignment, the Seller stipulates that the Buyer may be substituted for the Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

Each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof between the Seller and the Buyer has been duly performed; and all representations and warranties of the Seller to Buyer are true and correct as of the date hereof.

Dated:        July 14, 2023

SELLER:

Consumer Portfolio Services, Inc.

By: _____
Name: Christopher Terry
Title:  Executive Vice President